UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN CAIN,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA, ET AL,<br><br>  Defendant. | 1:18-cv-01567-JDP<br><br>ORDER TO SUBMIT A<br>NON-PRISONER APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY THE $400.00 FILING FEE<br>WITHIN THIRTY DAYS |

Plaintiff is a civil detainee proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* on the appropriate form under 28 U.S.C. § 1915. Accordingly, it is hereby ordered that:

1. The clerk's office shall send to plaintiff the attached form for application to proceed *in forma pauperis* for a non-prisoner.

2. Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative, pay the $400.00 filing fee for this action. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   November 20, 2018

                                UNITED STATES MAGISTRATE JUDGE