# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN CAIN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>    Defendant. | Case No.: 1:18-cv-01567-LJO-JDP<br><br>ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS<br><br>ECF Nos. 2, 9 |

Plaintiff Gregory Lynn Cain is a civil detainee proceeding without counsel in this civil rights action under 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and not prisoners within the meaning of the Prison Litigation Reform Act. *See Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff filed a motion to proceed *in forma pauperis*. ECF Nos. 2, 9. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED. ECF Nos. 2, 9.

IT IS SO ORDERED.

Dated:   December 4, 2018                                  _____
                                                                                                  UNITED STATES MAGISTRATE JUDGE

1